## EXHIBIT A

### TASKS PERFORMED BY TRUSTEE FOR ADMINISTRATION OF THE ESTATE

Describe tasks performed and results achieved. Major tasks should be summarized in paragraph form.

Review Petition, Schedules, Statement of Affairs and related documents.

Examine Debtor at first meeting of creditors.

Employ attorney and other professionals.

Open bank accounts and maintain same.

Pay attorneys and other professionals.

Investigate financial affairs, books and records, and assets of Debtor.

Determine tax filing requirements and taxes due, if any (including review of capital gains tax issues)

Review claims, object as needed, and negotiate reductions in claims as appropriate.

Prepare interim and final reports, and meet with the U.S. Trustee regarding same.

Sell and compromise re Real Estate

Make final distribution.