IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| DEPUE, CHILTON II | ) | CASE NO. 04-00753-CAD |
| Debtor(s) | ) | Hon. CAROL A. DOYLE |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At: U.S. Bankruptcy Court
   219 South Dearborn Street, Courtroom 742
   Chicago, IL 60604
   On: **November 27, 2007**   Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                    $39,976.43
   Disbursements                                                    $22.74
   Net Cash Available for Distribution                          $39,953.69

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $11,542.03 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $21,162.00 | $307.10 |
| POPOWCER KATTEN,LTD,Acct/Trustee | $0.00 | $920.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None
6. Allowed priority claims are: None
7. Claims of general unsecured creditors totaling $17,069.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 35.28%. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | AMERICAN EXP CENTURION BANK | $646.73 | $228.19 |
| 6 | ECAST SETTLEMENT CORPORATION | $8,687.37 | $3,065.16 |
| 7 | TALAN & KTSANES | $6,256.18 | $2,207.36 |
| 10 | CAPITAL ONE BANK | $1,479.07 | $521.85 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| STOCK | $30.00 |
| STOCK | $50.00 |
| AUTOMOBILE | $1,500.00 |

Dated: **October 24, 2007**　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　By:　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street; 7th Floor
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604

Trustee:　　　Andrew J. Maxwell
Address:　　　105 W. Adams
　　　　　　　Suite 3200
　　　　　　　Chicago, IL  60603　　　Phone No.　　(312) 368-1138

# SERVICE LIST

**CHILTON DEPUE, II**
**04 B 00753**

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL  60603

Lois West
Popowcer Katten , Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Oct 24, 2007
Case: 04-00753                 Form ID: pdf002              Total Served: 36

The following entities were served by first class mail on Oct 26, 2007.
db           +Chilton DePue, II,   3534 West 66th Street,   Chicago, IL 60629-3408
aty          +John S Mondschean,   11738 S Western Ave,   Chicago, IL 60643-4732
aty          +Vikram R Barad,   Maxwell & Potts, LLC,   105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
aty          +Zane L Zielinski,   Law Offices of Andrew J Maxwell,   105 W Adams St,   Ste 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
7637823      +Allied Interstate Inc.,   Acct#5121071800787966,   P.O. Box 361774,   Columbus, OH 43236-1774
7637822      +Allstate Insurance Company,   Acct# 060118622420,   Payment Prossessing Center,   P.O. Box 55126,
               Boston, MA 02205-5126
7637819      +American Express,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
8009998      +American Express Centurion Bank,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
8567963      +American Family Mutual Ins,   c/o Law Offices of Scott J Larsen,   161 N Clark Suite 3575,
               Chicago, IL 60601-3214
7637832      +Capital One,   Acct# 5291151895825006,   P.O. Box 60000,   Seattle, WA 98190-6000
8200858      +Capital One Bank,   POB 85167,   Richmond, VA 23285-5167
7637821      +CitiBank Cards,   Acct# 5398420009663674,   P.O. Box 45165,   Jacksonville, FL 32232-5165
7637836      +City of Chicago,   Acct# 02M1402574,   Suite 700,   30 North LaSalle,   Chicago, IL 60602-2503
7637830      +City of Chicago,   Acct# 133972133972,   Department of Water,   P.O. Box 6330,
               Chicago, IL 60680-6330
7637833      +Creditor Financial Group,   Acct# 4945328D59,   P.O. Box 440290,   Aurora, CO 80044-0290
7637824      +Equinox,   Acct# 00033400089269,   Suite 4,   2720 S. River Road,   DesPlaines, IL 60018-4109
7637817      +Equity One,   Acct# 77434205,   4710 West 95th Street,   Oak Lawn, IL 60453-2546
7637829      +Fredrick, Hanna & Associates,   Acct# 4427100018856596,   1655 Enterprise Way,
               Marietta, GA 30067-9209
7637825      +Home Depot,   Acct# 5174190045620,   Dept. 51,   P.O. Box 105980,   Atlanta, GA 30353-5980
7817371      +Markets International Inc,   3853 W Fullerton Ave,   Chicago, IL 60647-2245
7637818      +Optima American Express,   Acct# 37231938076001,   Suite 0002,   Chicago, IL 60679-0001
7637815      +Peoples Energy,   Acct# 12026 Wallace,   130 East Randolph,   Chicago, IL 60601-6207
7637814      +Peoples Energy,   Acct# 95000141,   130 East Randolph,   Chicago, IL 60601-6207
7637837      +Pierce & Associates,   Acct# PA0202883,   12th Floor,   18 South Michigan,
               Chicago, IL 60603-3200
7637835      +Pierce & Associates,   Acct# 02CH20401 & 02CH3001,   12th Floor,   18 South Michigan,
               Chicago, IL 60603-3200
7637827      +Platinum Plus,   Acct# 547497560061958,   P.O. Box 15469,   Wilmington, DE 19886-5469
7817372      +Sarpy, Joseph L,   3853 W Fullerton Ave,   Chicago, IL 60647-2245
7637820      +Talan & Ktsanes,   Acct# 03M1603752,   Suite 840,   300 West Adams,   Chicago, IL 60606-5109
7637826      +The Bureaus,   Acct# 5477538796180000,   1717 Central Street,   Evanston, IL 60201-1507
7637831      +Van Ru Credit,   Acct# 7735205564001,   P.O. Box 618,   Park Ridge, IL 60068-0618
7637816     ++WORLD SAVINGS BANK FSB,   ATTN BANKRUPTCY DEPARTMENT,   4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings,   Acct# 12026 Wallace,   P.O. Box 650011,
               Dallas, TX 75265)
8179401     ++WORLD SAVINGS BANK FSB,   ATTN BANKRUPTCY DEPARTMENT,   4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings Bank FSB,   POB 659558,   San Antonio, TX 78265)
7637834      +Weltman, Wienberg & Reis,   Acct# 9632110009236,37,38,   Suite 200,   323 Lakeside Avenue,
               Cleveland, OH 44113-1009
7637828      +Zwicker & Associates,   Acct# 10807270203041,   800 Federal Street,   Andover, MA 01810-1067
8068518      +eCast Settlement Corporation,   Discover Bank,   POB 35480,   Newark, NJ 07193-5480

The following entities were served by electronic transmission on Oct 25, 2007.
7637827      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 25 2007 04:31:13     Platinum Plus,
               Acct# 547497560061958,   P.O. Box 15469,   Wilmington, DE 19886-5469
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 04-00753                Form ID: pdf002          Total Served: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                                    **Signature:**   /s/ Joseph Speetjens