IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| DEPUE, CHILTON II | ) | CASE NO. 04-00753-CAD |
| | ) | |
| Debtor(s) | ) | Hon. CAROL A. DOYLE |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE CAROL A. DOYLE
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed.  Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| March 14, 2008 | Andrew J. Maxwell |
| DATE | TRUSTEE |

ANDREW J. MAXWELL
105 W. Adams
SUITE 3200
CHICAGO, IL  60603
(312) 368-1138